UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
                Plaintiff,            Case No. 7:12-CV-0148(GTS)

-vs-

SCOTT M. LANGLOIS,
                Defendant.

## DEFAULT JUDGMENT

Defendant Scott M. Langlois having failed to appear to defend this action after having been served with process, it is hereby

**ORDERED** that Plaintiff United States of America's motion for default judgment pursuant to Fed. R. Civ. P. 55(b)(2) (Dkt. Nos. 7-8) is **GRANTED** in its entirety for the reasons stated therein, and that a default judgment be entered in favor of Plaintiff United States of America and against Defendant Scott M. Langlois as follows:

| | | |
|---|---|---|
| 1. | Loan #1 – Principal balance | $8,078.00 |
| | Total Interest Accrued | $3,075.72 |
| | (From 9/9/00 to 4/19/12 = 4,240 days) | |
| | (Annual Interest Rate 3.28%) | |
| | **Total Due on Loan #1** | **$11,153.72** |
| 2. | Loan #2 – Principal balance | $7,978.72 |
| | Total Interest Accrued | $4,005.89 |
| | (From 12/28/96 to 4/19/12 = 5,591 days) | |
| | (Annual Interest Rate 3.28%) | |
| | **Total Due on Loan #2** | **$11,984.61** |
| 3. | Loan #3 – Principal balance | $1,079.16 |
| | Total Interest Accrued | $557.22 |
| | (From 7/22/96 to 4/19/12 = 5,750 days) | |
| | (Annual Interest Rate 3.28%) | |
| | **Total Due on Loan #3** | **$1,636.38** |
| 4. | Process Server Fees | $55.00 |
| | **TOTAL AMOUNT OF JUDGMENT** | **$24,829.71** |

Plus post-judgment interest pursuant to 28 U.S.C. §1961.

Dated:    April 19, 2012
            Syracuse, NY

*Glenn Suddaby* (signature)
Hon. Glenn T. Suddaby
U.S. District Judge